IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| **JEFFREY YOUNG, JR.,** | ) | No. 1:17-cv-01200 |
| **Petitioner,** | ) | |
| v. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| **Respondent.** | ) | |

## GOVERNMENT'S MOTION FOR ENLARGEMENT
## OF TIME TO RESPOND

COMES NOW, the respondent, the United States of America, by and through the undersigned Assistant United States Attorney, and moves this Court for additional time to respond to the petitioner, Jeffrey Young, Jr.'s motion for return of property (Doc. 1). In support of its motion, the Government would state:

1. Petitioner filed his motion on October 30, 2017.

2. The undersigned has been out of the office and unable to respond due to health issues.

3. The Government requests an additional 14 days from the filing of this motion to respond.

4. Due to time constraints, the undersigned has not consulted with counsel for the petitioner.

                                                                                                              Respectfully Submitted,

                                                                                                              /s/ Beth Boswell
                                                                                                               Beth Boswell
                                                                                                               Assistant United States Attorney
                                                                                                               109 S. Highland Avenue, Suite 300
                                                                                                               Jackson, TN 38301
                                                                                                               (731) 422-6220
                                                                                                               Beth.boswell@usdoj.gov

2

## CERTIFICATE OF SERVICE

I, BETH BOSWELL, do hereby certify that a true and exact copy of the foregoing motion has been electronically submitted to all counsel of record

this the 21st day of November, 2017.

                                                            s/Beth Boswell
                                                            BETH BOSWELL
                                                            Assistant United States Attorney