IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **JEFFREY YOUNG, JR.,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | No. 17-1200-STA-egb |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

**ORDER DENYING THE GOVERNMENT'S MOTION FOR FAILURE TO COMPLY WITH LOCAL RULES**

Before the Court is the United States of America's Motion for Extension (ECF No. 5) filed on November 21, 2017. The government seeks a two-week extension of time in which to file a responsive pleading. According to the Motion, however, counsel for the government was not able to confer with opposing counsel "[d]ue to time constraints." The Court finds that the Motion fails to comply with Local Rule 7.2(a)(1)(B), which requires a party to consult with the opposing party about the proposed motion. Local Rule 7.2 states that "[f]ailure to attach an accompanying certificate of consultation may be deemed good grounds for denying the motion." The government has indicated that counsel did not have time to confer, and so the United States has not attached a certificate of consultation to its Motion. To date the government has not amended its Motion to include a certificate of consultation or to report on whether counsel have in fact conferred about the relief sought in the Motion. Therefore, the government's Motion is

1

**DENIED** without prejudice to re-file the Motion with an appropriate certificate of consultation.

    **IT IS SO ORDERED.**

                                  **s/ S. Thomas Anderson**
                                  S. THOMAS ANDERSON
                                  CHIEF UNITED STATES DISTRICT JUDGE

                                  Date: November 27, 2017