IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| **JEFFREY YOUNG, JR.,**            ) | |
|            ) | |
|          **Petitioner,**          ) | |
|            ) | |
| v.          ) | No. 17-1200-STA-egb |
|            ) | |
| **UNITED STATES OF AMERICA,**      ) | |
|            ) | |
|          **Respondent.**          ) | |

---

### ORDER GRANTING THE GOVERNMENT'S MOTION FOR EXTENSION
---

Before the Court is the United States of America's Motion for Extension (ECF No. 7) filed on November 27, 2017.  The government seeks a two-week extension of time in which to file a responsive pleading.  According to the government's certificate of consultation, Petitioner Jeffrey Young takes no position on the request.  For good cause shown, the Motion for Extension is **GRANTED**.  The government's responsive pleading is due on or before December 12, 2017.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: November 28, 2017