AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| Jeffrey Young, Jr. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-cv-01200 |
| United States of America | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America    (Please remove Beth Boswell from the notification list.)    .

Date:  09/17/2018

s/Jerry R. Kitchen
*Attorney's signature*

Jerry R. Kitchen; BPR # 11027
*Printed name and bar number*

109 South Highland Avenue; Ste. 300
Jackson, Tennessee  38301

*Address*

Jerry.Kitchen@usdoj.gov
*E-mail address*

(731) 422-6220
*Telephone number*

(731) 422-6668
*FAX number*