IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

_____

| | |
|---|---|
| **JEFFREY YOUNG, JR.,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| V. | ) No. 17-cv-1200-STA-egb |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

_____

**RESPONSE OF UNITED STATES OF AMERICA TO
DEFENDANT'S MOTION FOR RETURN OF PROPERTY**
_____

**COMES NOW** the United States of America, by and through D. Michael Dunavant, United States Attorney, and his designated representative, Jerry R. Kitchen, Assistant United States Attorney, for the Western District of Tennessee, and responds to the defendant's Motion for Return of Property as follows:

On October 30, 2017, Jeffery Young, Jr. (hereinafter Young) filed a Motion For Return of Property (RE1). Generically, Young requested the return of the following items: electronic devices, which were taken during the execution of the search warrant. On January 11, 2017 the Drug Enforcement Administration (hereinafter DEA) executed search warrants at the business and the home residence of Young. A total of 19 electronic devices were uncovered pursuant to both warrants. Of those 19 devices, DEA imaged 16 devices and left them so that Young could continue operating his business. Three devices remain in the custody of DEA.

1

On December 12, 2017, the Government responded to Young's motion arguing that this Court deny the defendant's motion for the return of said property.

This Court held that unless the Government can show some need for further depriving Mr. Young of the three devices remaining in the custody of the DEA, they should be returned. Consequently, the Government has consulted with counsel for Mr. Young and files this joint response that the Government will return the said property to counsel for Young on or before January 30, 2019. At this time the Government will have completed the necessary examination.

## CONCLUSION

Therefore, the Government agrees to return the three devises that remain in the custody of DEA by January 30, 2019.

    Respectfully submitted,

    D. Michael Dunavant
    United States Attorney


    By: s/Jerry R. Kitchen
    Jerry R. Kitchen; TN Bar No. 011027
    Assistant United States Attorney
    109 South Highland Avenue, Suite 300
    Jackson, Tennessee 38301
    Phone No. (731) 422-6220

## CERTIFICATE OF SERVICE

I, JERRY R. KITCHEN, do hereby certify that a true and exact copy of the foregoing motion has been electronically submitted to counsel of record, Claiborne H. Ferguson who agrees to this resolution.

This the 11th day of January, 2019.

s/*Jerry R. Kitchen*
Jerry R. Kitchen
Assistant United States Attorney
