# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **JEFFREY YOUNG, JR.,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   No. 1:17-cv-1200-STA-egb |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court is Jeffrey Young, Jr.'s Petition for Return of Property filed pursuant to Federal Rule of Criminal Procedure 41(g) on October 30, 2017. Young seeks the return of three computers seized from him during the Drug Enforcement Agency's execution of a search warrant. On December 12, 2017, the United States of America filed a response in opposition to Young's Petition, arguing that the seized computers are part of an ongoing criminal investigation. On December 20, 2017, Young filed an affidavit (ECF No. 10) from a computer forensics expert who opined that the government could make a copy of all information found on a computer and then return the devices to the rightful owner. On December 19, 2018, the Court ordered the United States to file a status report on the current status of its investigation and, if incomplete, its expected duration. On January 11, 2019, the government filed a report, indicating that it would complete its investigation and return Young's property to him by January 31, 2019.

Based on the government's report, the parties are ordered to update the Court on the return of Young's property. Assuming the United States has now returned the property, the parties should show cause as to why further intervention of the Court is necessary to protect Young's interests in

the property or otherwise why the Court should not close this case. The parties' status report and response is due on or before February 25, 2019.

**IT IS SO ORDERED.**

                                            **s/ S. Thomas Anderson**
                                            S. THOMAS ANDERSON
                                            CHIEF UNITED STATES DISTRICT JUDGE

                                            Date: February 11, 2019