**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
   **Plaintiff,**

**Vs.**             No. 1:17-cv-1200-STA-egb

**JEFFREY YOUNG, JR.,**
   **Defendant.**

**STATUS REPORT**

  COMES NOW, Claiborne H. Ferguson, attorney for the Defendant, and submits that on this date the Government did return to Jeffrey Young, Jr. the three computers seized during the Drug Enforcement Agency's execution of the search warrant. At this time no further intervention by the Court is necessary.

              Respectfully submitted,

                The
             CLAIBORNE ❂ FERGUSON
               Law Firm, P.A.
             294 Washington Avenue
             Memphis, Tennessee 38103
             (901) 529-6400
             claiborne101@yahoo.com

             <u>s/ Claiborne H. Ferguson</u>
             CLAIBORNE H. FERGUSON (20457)
             Attorney for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via the Court's electronic filing system, this the 22nd day of February, 2019.

s/Claiborne H. Ferguson

CLAIBORNE H. FERGUSON