IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION
_____

| | |
|---|---|
| **JEFFREY YOUNG, JR.,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| V. | )   No. 17-1200-STA-egb |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

_____

**RESPONSE OF UNITED STATES OF AMERICA TO
DISTRICT COURT'S ORDER TO RESPOND**
_____

**COMES NOW** the United States of America, by and through D. Michael Dunavant, United States Attorney, and his designated representative, Jerry R. Kitchen, Assistant United States Attorney, for the Western District of Tennessee, and responds as follows:

Pursuant to this Court's order, the United States hereby states that the property of Jeffery Young, Jr. (hereinafter Young) identified in his Motion for Return of Property (RE1) has been returned. On February 22, 2019, the following property, one SSEE containing a silver MacBook Model: A1396, SN: DQTG7CCPDFJ3; one SSEE containing a black iPad Model: A1465, SN: CO2JW7NGDRV7; one cellular telephone I Phone 6, telephone number (731) 394-1734, Model MG4U2LL/A, serial number F73NDDQNG5ML, IMEI number 35 440706 390462-6, was hand delivered by agents of the DEA to Young.

1

**CONCLUSION**

Therefore, the Government submits that this Court's order has been complied with.

                Respectfully submitted,

                D. Michael Dunavant
                United States Attorney

By:   s/Jerry R. Kitchen
      Jerry R. Kitchen; TN Bar No. 011027
      Assistant United States Attorney
      109 South Highland Avenue, Suite 300
      Jackson, Tennessee 38301
      Phone No. (731) 422-6220

CERTIFICATE OF SERVICE

I, JERRY R. KITCHEN, do hereby certify that a true and exact copy of the foregoing response has been electronically submitted to counsel of record, Claiborne H. Ferguson who agrees to this resolution.

This the 5th day of March, 2019.

                s/*Jerry R. Kitchen*
                Jerry R. Kitchen
                Assistant United States Attorney